AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

)
)
)
_Kane et al_ )
_____ )
Plaintiff(s) )
 )
v. ) Civil Action No. 18 cv. 11717
KINGDOM OF SAUDI ARABIA; SAUDI HIGH )
COMMISSION FOR RELIEF OF BOSNIA & )
HERZEGOVINA )
 )
_____ )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KINGDOM OF SAUDI ARABIA
Roy T. Englert, Jr., Esq., Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
1801 K Street N.W. Suite 411L Washington, DC 20006

SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA
Michael K. Kellogg, Esq., Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
1615 M Street N.W. Suite 400, Washington, DC 20036-3215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JACOB D. FUCHSBERG LAW FIRM - GREGORY J. CANNATA & ASSOCIATES
60 East 42nd Street, Suite 932
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                   *Signature of Clerk or Deputy Clerk*